IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL CRANE; | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | |
| | ) | CASE NO.: 1:11-cv-01743 |
| **CHARLOTTE SARTAIN, as Plan** | ) | |
| **Administrator for Packer Group, Inc.** | ) | JURY TRIAL DEMANDED |
| **Employee Stock Ownership Plan and** | ) | |
| **Trust and Individually;** | ) | Hon. Ronald A. Guzman |
| | ) | |
| **The Packer Group, Inc.; and** | ) | Hon. Jeffrey Cole |
| | ) | |
| **The Packer Group, Inc. Employee Stock** | ) | |
| **Ownership Plan and Trust** | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFF PAUL CRANE'S
MOTION TO STRIKE SCURRILOUS STATEMENTS AND FOR SANCTIONS**

Plaintiff Paul Crane, ("Crane") by and through his attorneys, respectfully moves to strike any and all portions of Defendants' filings on February 13, 2012, and February 14, 2012, that reference any drug tests taken by Mr. Crane. This "information" is scurrilous, has no bearing on the case, and serves only as an attempt to embarrass Crane. Crane respectfully asks that the Court order Defendants to remove any and all references to such tests from their filed papers and sanction Defendants. In support of his motion, Crane states the following:

1. Apparently having run out of substantive arguments, Defendants resort to the scurrilous tactic of attacking Crane personally and disclosing his confidential medical and Employee Assistance Program information. *See, e.g.,* Doc. 82 at 9. Defendants' cheap stunt has

no substantive bearing on this case, and the Court should strike all such disclosures and statements from the record.

**WHEREFORE,** Crane respectfully requests that the Court (i) strike any and all references to any drug tests taken by Crane while an employee at The Packer Group, (ii) order Defendants and all other parties involved in Defendants' February 13, 2012, and February 14, 2012, filings to remove all references to Paul Crane's drug tests from the ECF system, (iii) order Defendants and all other parties involved in Defendants' February 13, 2012, and February 14, 2012, filings to pay Crane's attorneys' fees involved in filing this motion, and (iv) provide other equitable relief that the Court deems appropriate.

DATED: February 24, 2012                             Respectfully submitted,

_____

Andrew R. Hein
Harbin & Hein PLLC
ARDC No. 6280188
Two Prudential Plaza
180 N. Stetson Avenue, Suite 3500
Chicago, IL 60601
T: 312.371.6578
F: 312.275.7510
Email: ahein@harbinhein.com

Mark H. Carnow
Carnow & Carnow, Ltd.
ARDC No. 6274659
778 Frontage Road, Suite 101
Northfield, IL 60093
T: 847.501.4622
F: 847.501.4629
Email: mark.carnow@carnowpensions.com

Attorneys for Plaintiff, Paul Crane.

## CERTIFICATE OF SERVICE

I, Andrew R. Hein, an attorney, hereby certify that a true and accurate copy of **PLAINTIFF PAUL CRANE'S MOTION TO STRIKE SCURRILOUS STATEMENTS AND FOR SANCTIONS** was served upon counsel of record via the Court's ECF system on February 24, 2012.

_____